UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 08-10031 |
| | | CHAPTER 13 |
| LANCE C. PETERS | | |
| | : | JUDGE BETH A. BUCHANAN |
| DEBTOR | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

   Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

   The Trustee has made numerous attempts to contact the debtor(s). Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 918115 | $92.48 |

Debtor Address
LANCE C. PETERS
2240 NORWOOD AVENUE
APT. #7
CINCINNATI, OH  45212

                  Respectfully submitted,

/s/   Margaret A. Burks, Esq.
      Margaret A. Burks, Esq.
      Chapter 13 Trustee
      Attorney No. OH 0030377

      Francis J. DiCesare, Esq.
      Staff Attorney
      Attorney No. OH 0038798

      Karolina F. Perr, Esq.
      Staff Attorney
      Attorney No. OH 0066193

      600 Vine Street, Suite 2200
      Cincinnati, OH 45202
      (513) 621-4488
      (513) 621 2643 (Facsimile)
      mburks@cinn13.org - Correspondence only
      fdicesare@cinn13.org
      kperr@cinn13.org
      cincinnati@cinn13.org - Court Filings

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, August 24, 2011.

                                            /s/     Margaret A. Burks, Esq.
                                                       Margaret A. Burks, Esq.

Debtor(s)
LANCE C. PETERS
2240 NORWOOD AVENUE
APT. #7
CINCINNATI, OH  45212

Debtor(s) Counsel
JOHN W. ROSE, ESQ.
632 VINE STREET
SUITE 305
CINCINNATI, OH  45202

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)